WRIGHT, FINLAY & ZAK, LLP
Edgar C. Smith, Esq.
Nevada Bar No. 5506
Victoria L. Hightower, Esq.
Nevada Bar No. 10897
7785 W. Sahara Ave., Suite 200
Las Vegas, NV, 89117
(702) 475-7964 - Fax (702) 946-1345
vhightower@wrightlegal.net
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 4109 LIBERAL, a Nevada limited liability company; HARMONY HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation, HOMEOWNERS ASSOCIATION SERVICES, INC., a Nevada Corporation.<br><br>Defendants. | Case No.: 2:17-cv-02253-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR OPPOSITION TO SATICOY BAY LLC'S MOTION TO DISMISS**<br><br>**[FIRST REQUEST]** |

Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust (hereinafter "U.S. Bank") and Defendant, Saticoy Bay LLC Series 4109 Liberal (hereinafter "Defendant"), by and through their respective attorneys of record, hereby stipulate as follow:

**STIPULATION**

1. Defendant filed its Motion to Dismiss ("Motion") on October 11, 2017 [EFC No. 11] with a response deadline of October 25, 2017.

2. U.S. Bank requests additional time to file a response to the Motion and the Defendant does not object to the request.

3. The request is in light of Ms. Hightower's firm experiencing computer issues.

4. Therefore, the parties agree that U.S. Bank's response to the Motion is now due on or before November 1, 2017.

5. The Defendant's Reply Brief is now due on or before November 15, 2017.

DATED this 25th day of October, 2017.   DATED this 25th day of October, 2017.

WRIGHT, FINLAY & ZAK, LLP   MICHAEL F. BOHN, ESQ., LTD.

*/s/ Victoria L. Hightower, Esq.*   */s/ Michael F. Bohn, Esq.*
Edgar C. Smith, Esq.   Michael F. Bohn, Esq.
Nevada Bar No. 5506   Nevada Bar No. 1641
Victoria L. Hightower, Esq.   Adam R. Trippiedi, Esq.
Nevada Bar No. 10897   Nevada Bar No. 12294
7785 W. Sahara Ave., Suite 200   376 E. Warm Springs Road, Ste. 140
Las Vegas, NV 89117   Las Vegas, Nevada 89119
*Attorneys for Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust*   *Attorneys for Saticoy Bay LLC Series 4109 Liberal*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: October 25, 2017.