# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., | |
| Plaintiff(s), | Case No. 2:17-cv-02253-APG-NJK |
| vs. | ORDER |
| SATICOY BANK LLC SERIES 4109 LIBERAL, et al., | (Docket No. 23) |
| Defendant(s). | |

Pending before the Court is the parties' stipulated discovery plan and scheduling order. Docket No. 23. Local Rule IA 6-2 dictates the placement of the signature block intended for the court in granting a motion. The parties fail to abide by this instruction. *Id.* at 5. Therefore, the Court **DENIES** without prejudice the parties' stipulated discovery plan and scheduling order. The parties shall file a renewed joint discovery plan no later than December 1, 2017.

IT IS SO ORDERED.

DATED: November 29, 2017

_____
NANCY J. KOPPE
United States Magistrate Judge