**LEACH KERN GRUCHOW ANDERSON SONG**
SEAN L. ANDERSON
Nevada Bar No. 7259
sanderson@lkglawfirm.com
T. CHASE PITTSENBARGER
Nevada Bar No. 13740
cpittsenbarger@lkglawfirm.com
2525 Box Canyon Drive
Las Vegas, Nevada 89128
Telephone: (702) 538-9074
Facsimile: (702) 538-9113
*Attorneys for Harmony Homeowners' Association*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 4109 LIBERAL, a Nevada limited liability company; HARMONY HOMEOWNERS' ASSOCIATION, a Nevada non-profit corporation; HOMEOWNERS' ASSOCIATION SERVICES, INC., a Nevada Corporation,<br><br>Defendants.<br><br>HARMONY HOMEOWNERS' ASSOCIATION,<br><br>Cross Claimant,<br><br>vs.<br><br>HOMEOWNERS' ASSOCIATION SERVICES, INC.,<br><br>Cross Defendant. | Case No.: 2:17-cv-02253-APG-NJK<br><br>**MOTION TO SUBSTITUTE COUNSEL** |

Defendant Harmony Association (the "Association"), hereby moves to substitute the law firm of Leach Kern Gruchow Anderson Song as its attorney of record in the place and stead of Robbins Law Firm (formerly Pengilly Law Firm) in the above-entitled action.

The Robbins Law Firm hereby consents to the substitution of the law firm of Leach Kern Gruchow Anderson Song as attorney of record for the Association in its place and stead.

Dated this 28 day of December, 2018.

**ROBBINS LAW FIRM**

*[signature]*

1995 Village Center Circle, #190
Las Vegas, NV 89134
(702) 889-6665

The law firm of Leach Kern Gruchow Anderson Song hereby consents to its substitution of attorney of record for the Association in the place and stead of Robbins Law Firm.

Dated this 28 day of December, 2018.

**LEACH KERN GRUCHOW ANDERSON SONG**

*/s/ Sean L. Anderson*

Sean L. Anderson
Nevada Bar No. 7259
Ryan D. Hastings
Nevada Bar No. 12394
2525 Box Canyon Drive
Las Vegas, Nevada 89128

///

///

The Association hereby consents to the substitution of Leach Kern Gruchow Anderson Song as its counsel of record in the place and stead of Robbins Law Firm.

HARMONY HOMEOWNERS' ASSOCIATION

By: *Amanda Lag* (signature)

Name: Amanda Lagunas

Its: _____

**ORDER**

**IT IS SO ORDERED** this 2nd day of January 2019.

_____
United States Magistrate Judge