# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| U.S. BANK TRUST, N.A., | Case No.: 2:17-cv-02253-APG-NJK |
| Plaintiff | **Order Directing Clerk of Court to Enter Judgment** |
| v. | |
| SATICOY BAY LLC SERIES 4109 LIBERAL, | |
| Defendant | |

In light of my prior order (ECF No. 45) and the parties' status report (ECF No. 49),

IT IS ORDERED that the clerk of court is instructed to enter judgment in favor of defendant Saticoy Bay LLC Series 1409 Liberal and against plaintiff U.S. Bank, N.A., as Trustee for LSF9 Master Participation Trust and to close this case.

DATED this 1st day of April, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE